IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**STANDING ORDER REGARDING
CASES IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

IT IS HEREBY ORDERED that the following requirements shall apply in all cases in which I sit by designation in the U.S. District Court for the District of Delaware:

**Adoption of Local Standing Orders and Rules:** Unless otherwise ordered by the Court, I adopt the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware and the Standing Order Regarding Briefing in all Cases.

**Physical Copies of Filings:** Parties shall file documents electronically through the Court's CM/ECF system.  Electronically filed copies are deemed the original.  Unless otherwise ordered by the Court, two paper copies of the following documents shall be furnished: pleadings, motions, responses and replies to motions, briefs, memoranda of points and authorities, letters, and stipulations of uncontested facts.  Parties are requested to file one paper copy of documents filed in support of pleadings and briefs, such as appendices, exhibits, declarations, and affidavits. Paper copies shall be furnished to the Clerk of Court at the United States Court of International Trade, One Federal Plaza, New York, New York 10278-0001.

One paper copy of filed documents shall be furnished to the Clerk's Office in the District Court for the District of Delaware in accordance with D. Del. LR 5.3.

**Opportunities for Junior Lawyers:** The Court encourages the parties to create opportunities for junior lawyers to take a more active role in oral arguments, particularly those junior lawyers who are familiar with the issues and the record, but who are not as experienced in arguing before a court.  Parties are permitted to structure and divide presentations issue by issue

during oral proceedings to allow junior attorneys an opportunity to present arguments and respond to questioning by the Judge.

Please contact my case manager, Mr. Steve Taronji, at (212) 264-1611 or steve_taronji@cit.uscourts.gov, with any questions or concerns. Thank you for your assistance and cooperation.

/s/ Jennifer Choe-Groves  
Jennifer Choe-Groves  
U.S. District Court Judge*

Dated:   November 30, 2023  
         New York, New York

---

* Judge Jennifer Choe-Groves, of the United States Court of International Trade, sitting by designation.