# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **HID GLOBAL CORPORATION,**<br><br>    Plaintiff,<br><br>v.<br><br>**DATAMARS, INC. AND DATAMARS SA,**<br><br>    Defendants. | Court No. 1:23-cv-00844-JCG |

## ORDER

Upon consideration of the Parties' Stipulation and Proposed Order of Dismissal (D.I. 20), and all other papers and proceedings in this action, it is hereby

**ORDERED** that this case is dismissed without prejudice; and it is further

**ORDERED** that each Party shall bear its own fees and costs.

IT IS SO ORDERED this 16th day of January 2024.

                                                            /s/ Jennifer Choe-Groves
                                                              Jennifer Choe-Groves
                                                             U.S. District Court Judge[*]

---

[*]Judge Jennifer Choe-Groves, of the United States Court of International Trade, sitting by designation.